# Order

Michigan Supreme Court
Lansing, Michigan

April 9, 2021

161042

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 161042
COA: 345687
Macomb CC: 2017-002185-FC

TRAVIS DUANE PARKINS,
      Defendant-Appellant.

_____/

      By order of January 20, 2021, the prosecuting attorney was directed to answer the application for leave to appeal the January 7, 2020 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals, VACATE the sentence of the Macomb Circuit Court, and REMAND this case to the trial court for resentencing. As noted by dissenting Judge Shapiro, the trial court did not justify its sentence with appropriate reasons for sentencing the defendant as it did. The trial court simply stated that the sentencing guidelines range was inappropriate, but failed to explain how the guidelines variables did not adequately account for the seriousness of the offense or the character of the offender. See *People v Milbourn*, 435 Mich 630, 660 (1990). Nor did the trial court adequately explain, for purposes of enabling appellate review, how the extent of the departure — a life sentence out of a guidelines range of 51 to 85 months — was justified, particularly in light of the defendant's minimal prior record. *People v Smith*, 482 Mich 292, 304 (2008). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

      We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2021



Clerk

t0324